ANDERSON BRICK & SUPPLY CO., INC., Respondent, v. THE CITY OF NEW YORK et al., Defendants, SILBERBLATT & LASKER, INC., et al., Appellants, J. K. LARKIN & CO., INC., et al., Respondents and Appellants, EXNER SAND & GRAVEL CORP., et al., Defendants and Respondents.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JAMAICA-KEW PROPERTIES, INC., Respondent, v. 478 THIRD AVENUE CORPORATION, Appellant, Impleaded with Others.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY H. LANG, Appellant, v. MILDRED H. HEXTER et al., as Executors of PERCY K. HEXTER, Deceased, and BAY RIDGE SPECIALTY CO., INC., Respondents.

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES EAGLE, Appellant, v. C. E. HALL & SONS, INC., Respondent.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to affirm.

In the Matter of the Accounting of WINTHROP E. DWIGHT, as Trustee under the Will of MARY A. FITZGERALD, Deceased. GWENDOLYN CURRAN, Appellant; WINTHROP E. DWIGHT et al., Respondents.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [178 Misc. Rep. 15.]

WILLIAM ZUCKER, Appellant, v. RAWNEL HOLDING COMPANY, INC., Respondent.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

(October 16, 1942.)

P. & Q. SHOPS, INC., Respondent, v. THE CONTINENTAL INSURANCE COMPANY OF THE CITY OF NEW YORK et al., Appellants.—

No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FEHLHABER PILE CO., INC., Respondent, v. B. TURECAMO CONTRACTING CO., INC., Appellant.—

No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.